UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
MAY 16 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.: 1:18-cr- |
| ) | |
| FRANK D. POWELL, ) | |
| ) | |
| Defendant. ) | 1 18-cr- 156 JMS -DML |
| ) | |

### INDICTMENT

The Grand Jury charges that:

### INTRODUCTION

At all times material to this Indictment:

1.      **FRANK D. POWELL (POWELL)**, the Defendant herein, was the leader of a group of individuals known and unknown to the Grand Jury who were part of an organized Indianapolis-based group that utilized false and fraudulent checks to purchase gift cards and merchandise at stores throughout the United States, to include The Kroger Company (Kroger).

2.      Kroger was a retail company that operated a chain of hypermarkets, supermarkets, superstores, department stores, convenience stores and jewelry stores in thirty-four states, including Indiana.

3.      Kroger offered myriad goods and products for sale to consumers, including, but not limited to, prepaid gift cards that could be purchased using U.S. currency, debit and credit cards, and negotiable instruments (checks), among other accepted methods of payment.

4.      Upon receipt of a personal check as a method of payment at a Kroger store, the bank account information from the check, to include the bank routing number and account number, was electronically submitted to Kroger's check risk management company located in St. Petersburg, Florida, for approval and/or denial, in and affecting interstate or foreign commerce.

5.      **POWELL** also used, without authorization, "means of identification" of others, including names, dates of birth, social security numbers and driver's licenses, to commit other schemes to defraud, including the attempted purchase of a Cadillac Escalade through a fraudulent loan application with Citizens State Bank of New Castle, Indiana.

6.      A "means of identification" was defined as "any name or number that may be used, alone or in conjunction with any other information, to identify a specific individual, including any name, social security number, date of birth, official State or government issued driver's license or identification number . . .".  18 U.S.C. § 1028(d)(7).

7.      VICTIM #1 was an adult male who resided in Chicago, Illinois.

8.      Carmel Motors was a car dealership located in Carmel, Indiana.  Individuals seeking to purchase a vehicle from Carmel Motors could apply for financing with Citizens State Bank of New Castle, Indiana through Carmel Motors, which would facilitate transmission of financing documentation for the purchase of vehicles.

9.      Citizens State Bank of New Castle, Indiana was a financial institution with locations in New Castle, Indiana, the accounts and deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC).

## THE KROGER SCHEME AND ARTIFICE

10. **POWELL** and others known and unknown to the Grand Jury devised the following scheme or artifice to defraud and to obtain money and property of Kroger, by means of false or fraudulent pretenses, representations and promises, which included the material deceptions described below (the "Kroger Scheme and Artifice"). By carrying out the Kroger Scheme and Artifice, **POWELL** defrauded Kroger by using fraudulent checks purported to be drawn on various financial institutions, to include JPMorgan Chase Bank, N.A., to purchase prepaid gift cards and other merchandise at Kroger stores throughout the country, to include Kroger stores within the Southern District of Indiana.

11. It was part of the Kroger Scheme and Artifice that, between at least January 2016 and April 8, 2018, **POWELL** and others known and unknown to the Grand Jury presented fraudulent checks to cashiers at Kroger stores located in at least twelve states, to include Kroger stores in Indianapolis, Indiana and within the Southern District of Indiana.

12. It was further part of the Kroger Scheme and Artifice that **POWELL** and others known and unknown to the Grand Jury used those fraudulent checks to purchase goods and products including prepaid gift cards and merchandise, among other things.

13. It was further part of the Kroger Scheme and Artifice that the checks being used as described above were fraudulent, as they contained combinations of real and false individual or business names, bank information, and routing and account numbers.

14. It was further part of the Kroger Scheme and Artifice that, on many, but not all transactions, **POWELL** and others known and unknown to the Grand Jury used fraudulent checks to complete small dollar amount transactions, which would typically be approved by

Kroger's check authorization system. Then, **POWELL** and others completed second, higher dollar amount transactions using fraudulent checks with the same bank account and routing information as the first transactions. Kroger's check authorization system would, on most occasions, approve the second transaction without full verification.

15. It was further part of the Kroger Scheme and Artifice that **POWELL** and others known and unknown to the Grand Jury used more than 5,000 fraudulent checks at Kroger stores, including those described in the specific counts identified below.

16. It was further part of the Kroger Scheme and Artifice that **POWELL** and others known and unknown to the Grand Jury used checks in at least thirty different individual and business names with addresses from multiple states, such as "Frank Powell" (or various iterations such as "Frank Pawell"), "Powell Home Helping LLC", "Powells Consulting LLC", "Pawell Child Care LLC", "Pawell Lawncare LLC," "Pawell Cleaning LLC", and other names, such as names of other members of **POWELL's** group of associates. There were many occasions where **POWELL** used checks that were not in **POWELL's** name, but in the name of others in **POWELL's** group, and other members of the group did the same. On at least 150 transactions at Kroger stores, a fraudulent check was used in the name of "Frank Powell," and on at least 30 transactions, a fraudulent check was used in the name of "Frank Pawell".

17. The third-party check processor used by Kroger returned these checks to Kroger for multiple reasons, to include "Account Closed," "Forged," "Non-Sufficient Funds," "Refer to Maker," and "Unable to Locate Account".

18. It was further part of the Kroger Scheme and Artifice that, for many of the transactions, **POWELL** and others known and unknown to the Grand Jury provided a driver's

license as a piece of identification.

19. It was further part of the Kroger Scheme and Artifice that, on or about April 4, 2018, **POWELL** possessed two driver's licenses in his name: (a) Indiana Driver's License in the name of "Frank Damore Powell", expiration date 03/13/2023; and (b) Texas Driver's License in the name of "Frank Damore Powell, Jr.", expiration date 03/13/2023. Both driver's licenses contained **POWELL's** photograph. The driver's license number on the Indiana Driver's License was partially scratched off. **POWELL** also possessed a credit card in the name of INDIVIDUAL #1, who was associated with **POWELL** and identified on Kroger surveillance video utilizing fraudulent checks to purchase items in furtherance of the Kroger Scheme and Artifice.

20. It was further part of the Kroger Scheme and Artifice that, on or about April 4, 2018, **POWELL** possessed check-making equipment, to include blank check stock paper, a printer, and additional fraudulent checks.

## THE CARMEL MOTORS SCHEME AND ARTIFICE

21. On or about March 12, 2018, **POWELL**, knowingly and with the intent to defraud, attempted to execute a scheme or artifice to obtain money in the custody or control of a financial institution, to-wit: Citizens State Bank of New Castle, Indiana, by means of false or fraudulent pretenses, representations or promises, which included the material deceptions described below (the "Carmel Motors Scheme and Artifice"). By carrying out the Carmel Motors Scheme and Artifice, **POWELL** attempted to defraud Citizens State Bank of New Castle, Indiana by using the identity of VICTIM #1 on a loan application to the financial institution, without the knowledge and authority of VICTIM #1, to obtain financing for the

5

purchase of a Cadillac Escalade from Carmel Motors.

22.  It was further part of the Carmel Motors Scheme and Artifice that **POWELL** attempted to purchase a Cadillac Escalade from Carmel Motors by completing and submitting a loan application through Carmel Motors to obtain financing from Citizens State Bank of New Castle, Indiana in the amount of $26,924.

23.  It was further part of the Carmel Motors Scheme and Artifice that **POWELL** used VICTIM #1's means of identification on the financing application for the purchase of the Cadillac Escalade, including VICTIM #1's name, date of birth and social security number,

24.  It was further part of the Carmel Motors Scheme and Artifice that **POWELL** applied for the financing through an online application on Carmel Motors' website through Dealertrack, an online portal that assists with the automotive financing process, to include credit report access and credit application processing. Dealertrack is not located within the State of Indiana and the processing of a credit application occurs in and affecting interstate commerce, as Dealertrack's servers are located outside the State of Indiana. POWELL's fraudulent loan application was submitted, and processed by Carmel Motors, on March 12, 2018.

25.  It was further part of the Carmel Motors Scheme and Artifice that **POWELL** purported to be VICTIM #1 and spoke with an employee from Carmel Motors about setting up an appointment to review the financing application. During that conversation, **POWELL** provided the Carmel Motors employee a photograph of a fraudulent Illinois driver's license via text message. The fraudulent Illinois driver's license contained the name, address, date of birth and driver's license number of VICTIM #1. However, the Illinois driver's license was modified to include **POWELL's** photograph instead of that of VICTIM #1.

26. It was further part of the Carmel Motors Scheme and Artifice that, on or about March 12, 2018, **POWELL** met with an employee at Carmel Motors to complete the financing paperwork.

27. It was further part of the Carmel Motors Scheme and Artifice that, after Carmel Motors realized that **POWELL** was not VICTIM #1, **POWELL** offered a sectional sofa to an employee of Carmel Motors in exchange for not reporting such concerns.

28. It was further part of the Carmel Motors Scheme and Artifice that, on or about April 4, 2018, **POWELL** possessed the fraudulent Illinois driver's license described above in the name of VICTIM #1.

29. It was further part of the Carmel Motors Scheme and Artifice that, on or about April 4, 2018, **POWELL** also possessed a fraudulent JPMorgan Chase Bank, N.A. statement and a copy of an Experian credit report, both in the name of VICTIM #1. The name and address displayed on the fraudulent JPMorgan Chase Bank, N.A. statement were that of VICTIM #1. However, the account number described on the statement had been opened on November 14, 2017 in the name of "Frank Damore Powell Jr. DBA Powell's Consulting LLC."

## COUNTS ONE THROUGH SEVEN

### (Wire Fraud, 18 U.S.C. §§ 1343 and 2)

Paragraphs 1 through 20 are re-alleged and incorporated herein by reference.

Beginning in or around at least January 2016 and continuing through on or about April 4, 2018, within the Southern District of Indiana and elsewhere,

### FRANK D. POWELL,

the Defendant herein, knowingly and with the intent to defraud, devised a scheme and artifice to defraud, and to obtain money and property of Kroger, by means of false and fraudulent pretenses, representations, or promises, as described above in the Kroger Scheme and Artifice, and transmitted or caused to be transmitted by means of wire communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, to-wit: on or about the dates listed below, **POWELL**, for the purposes of executing the Kroger Scheme and Artifice, knowingly used fraudulent checks purportedly drawn on bank accounts with various financial institutions, of which the electronic submission of bank account information to Kroger's third-party processor occurred in interstate or foreign commerce from Indiana to another state, to purchase prepaid gift cards and other merchandise, including but not limited to the following:

8

| COUNT | APPROXIMATE DATE | CHECK FOR WHICH CHECK INFORMATION WAS TRANSMITTED TO THIRD-PARTY PROCESSOR |
|---|---|---|
| 1 | 03/06/2017 | Use of check numbers 101 ($108.01) and 107 ($54.95) at Kroger, 8150 Rockville Road, Indianapolis, IN, in the name of "Frank D. Powell" |
| 2 | 03/27/2018 | Attempted use of check number 3530 ($149.76) at Kroger 8130 E. Southport Road, Indianapolis, IN, in the name of "Courtney Housley" |
| 3 | 06/13/2017 | Use of check numbers 1582 ($8.54) and 1583 ($205.95) at Kroger, 3701 E. National Road, Richmond, IN, in the name of "Frank Powell" |
| 4 | 07/09/2017 | Use of check numbers 1109 ($186.71), 1106 ($36.66), and 1107 ($130.95) at Kroger, 1300 W. Southport Road, Indianapolis, IN, in the name of "Frank Pawell" |
| 5 | 07/19/2017 | Use of check number 1356 ($144.44) at Kroger, 5025 W. 71st Street, Indianapolis, IN, in the name of "Pawell Child Care LLC" |
| 6 | 07/20/2017 | Use of check number 1358 ($133.92) at Kroger, 1600 South Ohio, Martinsville, IN, in the name of "Pawell Child Care LLC" |
| 7 | 07/21/2017 | Use of check numbers 1362 ($16.47) and 1363 ($205.95) at Kroger, 3701 E. National Road, Richmond, IN, in the name of "Frank Pawell" |

Each count in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT EIGHT

**(Attempted Bank Fraud, 18 U.S.C. § 1344)**

Paragraphs 1 through 9, and 21 through 29, are re-alleged and incorporated herein by reference.

On or about March 12, 2018, within the Southern District of Indiana and elsewhere,

**FRANK D. POWELL,**

the Defendant herein, knowingly and with the intent to defraud, attempted to execute a scheme and artifice to obtain money, funds, credits, assets, securities, or other property owned by, or under the custody or control of a financial institution, by means of false or fraudulent pretenses, representations or promises, as described above in the Carmel Motors Scheme and Artifice, by submitting a loan application to Citizens State Bank of New Castle, Indiana in the name of VICTIM #1, without the knowledge and authority of VICTIM #1, to obtain funds for the financing of the purchase of a Cadillac Escalade from Carmel Motors.

All in violation of Title 18, United States Code, Section 1344.

## COUNT NINE

### (Aggravated Identity Theft, 18 U.S.C. § 1028A(1))

Paragraphs 1 through 9, and 21 through 29, are incorporated herein by reference.

On or about March 12, 2018, within the Southern District of Indiana and elsewhere,

**FRANK D. POWELL,**

the Defendant herein, during and in relation to the felony violation charged in Count Eight of this Indictment, to-wit: bank fraud, in violation of Title 18, United States Code, Section 1344, knowingly possessed and used, without lawful authority, a means of identification of another person in or affecting interstate commerce, by using VICTIM #1's name, social security number, date of birth and driver's license number on a loan application with Citizens State Bank of New Castle, Indiana, submitted electronically through the online portal Dealertrack, in or affecting interstate commerce, to obtain financing for the purchase of a Cadillac Escalade from Carmel Motors, where the means of identification belonged to VICTIM #1 and **POWELL** knew that the means of identification belonged to VICTIM #1.

All in violation of Title 18, United States Code, Sections 1028A(1) and (c)(5).

## COUNT TEN

### (False Statement to a Financial Institution, 18 U.S.C. § 1014)

Paragraphs 1 through 9, and 21 through 29 are incorporated herein by reference.

On or about March 12, 2018, in the Southern District of Indiana and elsewhere,

**FRANK D. POWELL,**

the Defendant herein, knowingly made a false statement for the purpose of influencing the action of a financial institution, to-wit: Citizens State Bank of New Castle, Indiana, a bank insured by the FDIC, by submitting a loan application to Citizens State Bank of New Castle, Indiana in the name of VICTIM #1 to obtain financing for the purchase a Cadillac Escalade from Carmel Motors, and used VICTIM #1's name, address, date of birth, social security number and driver's license number on said loan application without the knowledge and authority of VICTIM #1, when **POWELL** knew that he was not VICTIM #1.

All in violation of Title 18, United States Code, Section 1014.

A TRUE BILL:

_____
FOREPERSON

JOSH MINKLER
UNITED STATES ATTORNEY

by: _____
MaryAnn T. Mindrum
Assistant United States Attorney